**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAUR INTERNATIONAL S.A.S.,

*Petitioner*,

v.

THE REPUBLIC OF ARGENTINA,

*Respondent*.

Case No. 1:26-cv-01392

**JOINT MOTION TO HOLD RESPONSE DEADLINE IN ABEYANCE**

Petitioner SAUR International S.A.S. ("Petitioner") and Respondent the Republic of Argentina (the "Republic" or "Respondent"; together, the "Parties") respectfully move this Court for an abeyance of the Republic's time to respond to the Petition in the above-captioned action.

In support of this Joint Motion, the Parties state as follows:

1. Petitioner filed the Petition on April 23, 2026, seeking a judgment pursuant to 22 U.S.C. § 1650a on an arbitral award (the "Award") issued against the Republic on May 22, 2014, in an arbitration conducted under the ICSID Convention. ECF No. 1. On April 24, 2026, the Clerk of Court issued a Summons. ECF No. 5. Petitioner provided status updates to the Court on July 22, 2026, and October 5, 2026, about its efforts to serve the Republic. ECF Nos. 6, 7.

2. In the separate action *Titan Consortium 1, LLC v. Argentine Republic*, No. 25-7007 (D.C. Cir. Mandate Issued Sept. 10, 2026) (on appeal from No. 1:21-cv-02250-JMC (D.D.C.)) ("*Titan*"), the Republic intends to file a petition for a writ of certiorari (the "Certiorari Petition") with the U.S. Supreme Court on or before December 2, 2026, on questions regarding the statute of limitations for actions brought pursuant to 22 U.S.C. § 1650a.

3. The Parties jointly seek to resolve any disputes regarding the completion, sufficiency, and timing of service of the Petition under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608 (the "FSIA"), and the Republic's time to respond to Petitioner's Petition. Specifically:

a. Upon grant of this Joint Motion, Petitioner and the Republic will agree that service of the Petition has been completed under the FSIA as of the date that the Joint Motion is granted and the Republic shall not object to the sufficiency of service of the Petition.

b. Petitioner and the Republic agree that the Republic's time to respond to the Petition should be held in abeyance pending the Supreme Court's disposition of the Certiorari Petition and, if the Certiorari Petition is granted, the Supreme Court's disposition of *Titan* on the merits.

c. Petitioner and the Republic further agree that the Parties shall file a joint status report outlining their proposal(s) for next steps within 30 days of the Supreme Court's disposition of the Certiorari Petition or of the merits proceeding in *Titan*, as applicable.

4. This Joint Motion is the Parties' first request for relief of this kind in this matter.

5. There is good cause to grant the Parties' Joint Motion. The requested relief will resolve any disputes regarding the completion, sufficiency, and timing of service under the FSIA and will conserve the Court's and Parties' resources and promote efficiency. The Joint Motion is not intended to hinder or delay this Court's proceedings.

6. The Parties reserve all rights, claims, arguments, objections, and defenses, except as specifically provided herein.

7. A Proposed Order is attached to this Joint Motion.

**CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the Court grant the Joint Motion to Hold Response Deadline in Abeyance.

Dated: October 14, 2026
Washington, D.C.

KING & SPALDING LLP

BY: */s/ Matthew D. McGill*

Matthew D. McGill (D.C. Bar No. 481430)
matthew.mcgill@kslaw.com
Nicholas Mecsas-Faxon (D.C. Bar No. 1779269)
nmecsas-faxon@kslaw.com
Courtney Stone Mirski (D.C. Bar No. 9001045)
cstonemirski@kslaw.com
1700 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20006
(202) 626-2644

*Counsel for SAUR International S.A.S.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

BY: */s/ Rathna J. Ramamurthi*

Carmine D. Boccuzzi, Jr. (NY0335)
cboccuzzi@cgsh.com
One Liberty Plaza
New York, New York 10006
(212) 225-2508

Rathna J. Ramamurthi (D.C. Bar No. 90002660)
rramamurthi@cgsh.com
2112 Pennsylvania Avenue
Washington, DC 20037-2000
(202) 974-1500

*Counsel for the Republic of Argentina*

**CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 5.4(d), I hereby certify that, on October 14, 2026, I caused the foregoing Joint Motion to Hold Response Deadline in Abeyance to be electronically filed via the Court's CM/ECF system, which effected service of the document upon all counsel of record.

*/s/ Rathna J. Ramamurthi*
*Counsel for the Republic of Argentina*