**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAUR INTERNATIONAL S.A.S.,<br>*Petitioner*,<br>v.<br>THE REPUBLIC OF ARGENTINA,<br>*Respondent*. | Case No. 1:26-cv-01392 |

**[PROPOSED] ORDER**

Upon consideration of Petitioner's and Respondent's Joint Motion to Hold Response Deadline in Abeyance, and for the reasons set forth therein, it is on this _____ day of _______________, hereby:

**ORDERED** that the Joint Motion is **GRANTED**. Respondent agrees that service of the Petition has been completed under 28 U.S.C. § 1608 and shall not object to the sufficiency of service of the Petition. Respondent's deadline to respond to the Petition is held in abeyance pending the Supreme Court's disposition of the petition for a writ of certiorari to be filed by Respondent in *Titan Consortium 1, LLC v. Argentine Republic*, No. 25-7007, and, if the petition is granted, the Supreme Court's ruling in that matter. Within 30 days of the Supreme Court's disposition of the petition or of the appeal, as applicable, the Parties shall file a joint status report outlining their proposal(s) for next steps.

**SO ORDERED.**

_________________________________

Honorable Amit P. Mehta
United States District Judge

**List of Persons to Be Notified**

**Petitioner**
SAUR International S.A.S.

Matthew D. McGill (D.C. Bar No. 481430)
matthew.mcgill@kslaw.com
Nicholas Mecsas-Faxon (D.C. Bar No. 1779269)
nmecsas-faxon@kslaw.com
Courtney Stone Mirski (D.C. Bar No. 9001045)
cstonemirski@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W. Suite 900
Washington, D.C. 20006
(202) 626-2644

**Respondent**
Republic of Argentina

Carmine D. Boccuzzi, Jr. (NY0335)
cboccuzzi@cgsh.com
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2508

Rathna J. Ramamurthi (D.C. Bar No. 90002660)
rramamurthi@cgsh.com
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 974-1500