**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAUR INTERNATIONAL S.A.S.,

*Petitioner*,

v.

THE REPUBLIC OF ARGENTINA,

*Respondent*.

Case No. 1:26-cv-01392

**ORDER**

Upon consideration of Petitioner's and Respondent's Joint Motion to Hold Response Deadline in Abeyance, and for the reasons set forth therein, it is on this 15th day of October, hereby:

**ORDERED** that the Joint Motion is **GRANTED**. Respondent agrees that service of the Petition has been completed under 28 U.S.C. § 1608 and shall not object to the sufficiency of service of the Petition. Respondent's deadline to respond to the Petition is held in abeyance pending the Supreme Court's disposition of the petition for a writ of certiorari to be filed by Respondent in *Titan Consortium 1, LLC v. Argentine Republic*, No. 25-7007, and, if the petition is granted, the Supreme Court's ruling in that matter. Within 30 days of the Supreme Court's disposition of the petition or of the appeal, as applicable, **or by February 1, 2027, whichever date is earlier, the Parties shall file a joint status report updating the court on the status of the cert petition or outlining their proposal(s) for next steps.**

**SO ORDERED.**

Amit P Mehta

Digitally signed by Amit P Mehta
Date: 2026.10.15 09:08:27 -04'00'

Honorable Amit P. Mehta
United States District Judge